UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC G. GUTTIEREZ,   No. 2:10-cv-02417-MCE-EFB

    Plaintiff,

  v.   <u>ORDER</u>

AARON'S INC.,

    Defendant.

----oo0oo----

Upon no Amended Complaint filed by Plaintiff pursuant to the Court's previous Order (ECF No. 9), the case is dismissed with prejudice. The Clerk is ordered to close the case.

IT IS SO ORDERED.

Dated: January 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1